MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
JAMES A. GOEKE
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 20 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JANE DOE, using the name of
GUADALUPE ZAMUDIO,

                Defendant.

Case No.: **2:14-CR-27-JLQ**

INDICTMENT

<u>Ct 1:</u> 18 U.S.C. § 1029(a)(5) – Illegal Transactions with an Access Device

<u>Cts 2-10:</u> 18 U.S.C. § 1028A – Aggravated Identity Theft

Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

### Illegal Transactions with an Access Device

From on or about June 7, 2013 to on or about June 24, 2013, in Grant County, Washington, in the Eastern District of Washington, Defendant JANE DOE, using the name of GUADALUPE ZAMUDIO, did knowingly and with intent to defraud, effect transactions with an access device issued to another person to receive money aggregating $1,000 or more during a period from on or about June 7, 2013 to on or about June 28, 2013, said use affecting interstate commerce and foreign commerce in

INDICTMENT - 1

02-19-14 Zamudio Indictment.docx

| 6 | 6/18/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| --- | --- | --- |
| 7 | 6/21/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| 8 | 6/22/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| 9 | 6/23/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| 10 | 6/24/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |

all in violation of 18 U.S.C. § 1028A(a)(1).

## NOTICE OF CRIMINAL FORFEITURE

Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C).

Upon conviction of the offense in violation of 18 U.S.C. § 1029(a)(5) set forth in Count 1 of this Indictment, Defendant JANE DOE, using the name of GUADALUPE ZAMUDIO, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s); and/or pursuant to 18 U.S.C. §

INDICTMENT - 3

that the access device utilized an automated teller machine connected to a nationwide network of financial institutions outside the Eastern District of Washington, all in violation of 18 U.S.C. § 1029(a)(5) and (c)(1)(A)(ii).

## COUNTS 2-10

### Aggravated Identity Theft

From on or about June 12, 2013 and continuing to on or about June 24, 2013, in Grant County, Washington, in the Eastern District of Washington, Defendant JANE DOE, using the name of GUADALUPE ZAMUDIO, did knowingly possess and use without lawful authority, a means of identification of another person during and in relation to the crime of Illegal Transactions with an Access Device as set forth in Count 1 of this Indictment:

| Count | Date | Aggravated Identity Theft |
|---|---|---|
| 2 | 6/12/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| 3 | 6/13/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| 4 | 6/14/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |
| 5 | 6/15/2013 | Use and Possession of the means of identification of another person, to wit: bank debit card with account number XXXX XXXX XXXX 1490 |

INDICTMENT - 2
02-19-14 Zamudio Indictment.docx

1029(c)(1)(C), any personal property used or intended to be used to commit the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and § 1029(c)(2) and 28 U.S.C. § 2461(c).

DATED this 20th day of February 2014.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

JAMES A. GOEKE
Assistant United States Attorney

INDICTMENT - 4
02-19-14 Zamudio Indictment.docx